with printing the joint appendix granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–762. FREYTAG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1066.] Motion of Erwin N. Griswold for leave to appear as *amicus curiae* granted. Motion of Erwin N. Griswold for leave to file *amicus curiae* brief at the time the brief for respondent is filed denied. Motion of Erwin N. Griswold for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 90–870. SOCIETY NATIONAL BANK ET AL. *v.* WARREN ET UX. C. A. 6th Cir.;

No. 90–872. YELLOW BUS LINES, INC. *v.* DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION 639 ET AL. C. A. D. C. Cir.;

No. 90–891. WHITE ET AL. *v.* DANIEL ET AL. C. A. 4th Cir.;

No. 90–918. FRANKLIN *v.* GWINNETT COUNTY PUBLIC SCHOOLS ET AL. C. A. 11th Cir.; and

No. 90–1029. EASTMAN KODAK CO. *v.* IMAGE TECHNICAL SERVICES, INC., ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–5721. PAYNE *v.* TENNESSEE. Sup. Ct. Tenn. The order entered February 15, 1991 [*ante*, p. 1076], is amended as follows: Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition. In addition to Question 2 presented by the petition, the parties are requested to brief and argue whether *Booth* v. *Maryland*, 482 U. S. 496 (1987), and *South Carolina* v. *Gathers*, 490 U. S. 805 (1989), should be overruled. Petitioner's opening brief is to be served and filed with the Clerk on or before March 18, 1991. Respondent's brief is to be served and filed with the Clerk on or before April 8, 1991. The case is set for oral argument during the April session.

No. 90–6951. COMER *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner to consolidate this case with No. 90–5551, *Schad* v. *Arizona* [certiorari granted, *ante*, p. 894], denied.

No. 90–6650. IN RE PROFFITT;

No. 90–6681. IN RE MILLER;